```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
  MINGQUI TAO and JAIN TAO,                            :
                                                       :
                              Plaintiffs,              :
                                                       :           23-CV-2853 (VSB)
                 -against-                             :
                                                       :              ORDER
                                                       :
  ELITE COLD STORAGE, LLC, ELIEZE                      :
  DELGADO, JR., and JOSEPH NEWMAN                      :
                                                       :
                              Defendants.              :
-------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Pursuant to my prior Order, by no later than August 11, 2023, Plaintiff was to "submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procured 4(m)." (Doc. 23.) To date, Plaintiff has failed to file this letter or request additional time to do so. Accordingly, this matter is hereby

DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to timely enact service on defendants without good cause. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:  August 17, 2023
        New York, New York

                                                              *signature*
                                                              Vernon S. Broderick
                                                              United States District Judge